IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOEBEL INSURANCE AGENCY, INC., a Pennsylvania corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 2:14-cv-01306-SD  **CLASS ACTION** |
| v. | ) ) | |
| ADT HOLDINGS, INC., ADT HOLDINGS, LLC and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, GOEBEL INSURANCE AGENCY, INC., through its undersigned attorneys, hereby files this Notice of Voluntary Dismissal of this action without prejudice.

         s/ Brian J. Wanca
         Brian J. Wanca
         ANDERSON + WANCA
         3701 Algonquin Road, Suite 760
         Rolling Meadows, IL  60008
         Telephone:  847-368-1500

         Ann Caldwell
         CALDWELL LAW OFFICE LLC
         108 W. Willow Grove Avenue, Suite 300
         Philadelphia, PA  19118
         Telephone:  215-248-2030

         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                 s/ Brian J. Wanca